**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BROADCAST MUSIC, INC.; DEL
SOUND MUSIC; SONY/ATV SONGS
LLC; ABKCO MUSIC, INC.; GIBB
BROTHERS MUSIC; CROMPTON
SONGS; PAUL SIMON MUSIC;
MUSCLE SHOALS SOUND
PUBLISHING CO.; PEERMUSIC III
LTD.; EMI AI GALLICO MUSIC CORP.;
NASHVILLE STAR MUSIC; and
CARNIVAL MUSIC COMPANY,

        Plaintiffs,

vs.                              Case No. 3:11-cv-919-J-37TEM

JOE'S EDELWEISS, LLC; and HUGO
BOESCH,

        Defendants.

**ORDER**

This cause is before the Court on the Magistrate Judge's Report and Recommendation (Doc. No. 34), which was issued on August 8, 2012. The Magistrate Judge recommended the Court deny Defendants' Motion to Set Aside Default and Vacate Final Default Judgment (Doc. No. 25.) Defendants filed a timely objection to the Report and Recommendation (Doc. No. 35), which Plaintiffs oppose (Doc. No. 31). The Court has conducted a *de novo* review of the record and finds the objection is well taken.[1]

---

[1] When a party objects to a magistrate judge's findings, the district court must "make a *de novo* determination of those portions of the report . . . to which objection is made." 28 U.S.C. § 636(b)(1). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The district court must consider the record and factual issues based on the record

Further, because the actions giving rise to the claims in this action occurred in Seminole County, Florida, the Court finds good cause to transfer this case to the Orlando Division. *See* Local Rule 1.02(e).

Accordingly, it is ordered as follows:

1. The Court declines to adopt the Magistrate Judge's Report and Recommendation (Doc. No. 34). Defendants' Motion to Set Aside Default and Vacate Final Default Judgment (Doc. No. 25) is **GRANTED**.

2. The Judgment at docket number 24 is **VACATED**, and the entry of defaults at docket numbers 10, 11, and 12 are **SET ASIDE**. This case will proceed on the claims set forth in Plaintiffs' complaint at docket number 1. Defendants shall answer or otherwise respond to the complaint on or before September 21, 2012.

3. The parties are hereby directed to confer as required by Federal Rule of Civil Procedure 26 and Local Rule 3.05. Plaintiffs shall submit a case management report to the Court on or before September 28, 2012.

4. The Clerk is directed to reopen this case and transfer it to the Orlando Division. The Clerk shall also ensure the case is assigned to the undersigned District Judge once it is transferred to the Orlando Division.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on September 10, 2012.

ROY B. DALTON JR.
United States District Judge

---

independent of the magistrate judge's report. *Ernest S. ex rel. Jeffrey S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990).

Copies:

counsel of record
*pro se* party